## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:20-cv-3800 (APM) |
| XAVIER BECERRA,[1] Secretary, U.S. Department of Health & Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## [PROPOSED] ORDER

After considering the parties' joint status report and motion to continue stay, it is hereby

**ORDERED** that the motion is **GRANTED;** and it is

**FURTHER ORDERED** that this case is stayed until further order of the Court; and it is

**FURTHER ORDERED** that the parties shall file a joint status report by November 8, 2021.

**SO ORDERED**.


Dated: _____                    _____
                                                        AMIT P. MEHTA
                                                        United States District Judge

---

[1] Secretary Xavier Becerra is automatically substituted as a party for former Acting Secretary Norris Cochran. Fed. R. Civ. P. 25(d).